IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| IN RE:  DISCIPLINE OF KAMILLE DEAN, A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA | ) ) ) ) Misc. No. 24-mc-646 ) ) ) ) |

**ORDER**

WHEREAS Attorney Kamille Dean ("Attorney Dean") informed this Court by letter dated June 19, 2024, attached, that she has been suspended from the practice of law in the state of Arizona for a period of 60 days, effective July 9, 2024;

WHEREAS Attorney Dean was admitted to the Bar of this Court in April 2023, submitting her Arizona license and a certificate of good standing issued by the Clerk of the Supreme Court of Arizona to this Court in support of her application for admission;

WHEREAS Attorney Dean is not a member of the Bar of the Commonwealth of Pennsylvania;  and

WHEREAS Attorney Dean is presently counsel of record in a criminal matter in which trial is scheduled to commence on August 12, 2024, with a pretrial conference to be held on July 19, 2024, U.S. v. Monarrez-Mendoza, 3:22-cr-21, which provides good cause to shorten the 30-day response time set forth in Local Civil Rule 83.3D(2)(b).

NOW THEREFORE IT IS HEREBY ORDERED that a Rule to Show Cause is issued to Attorney Dean to show good cause why a reciprocal order of suspension should not be entered by the United States District Court for the Western District of Pennsylvania, returnable **within ten (10) days** from the date of this order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney Dean both via certified mail sent to the mailing address that she maintains with the Clerk of Court and via electronic mail sent to the email address reflected on the letterhead of the June 19, 2024 letter that Attorney Dean sent to the Court.

Date:  June 25, 2024

/s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

cc:  Judge Kim R. Gibson

# Kamille R. Dean

LAW OFFICES OF KAMILLE DEAN, P.C.
*Attorney at Law*

710 W. Roosevelt St.
Phoenix, AZ 85003
Telephone (602) 252-5601
Fax (602) 916-1982
E-mail: kamille@kamilledean.com

Licensed to practice in AZ, CA, UT, MN & CO

---

June 19, 2024

RE: *Short-Term Suspension*

Dear Licensing Authority:

This letter is to inform you that I am being suspended from the practice of law in Arizona for 60 days beginning July 6, 2024 and will be unable to act as a lawyer effective July 6, 2024. This is considered a short-term suspension, and I am allowed to have associate counsel represent my clients in the interim if the clients agree in writing to this arrangement. Once the suspension period is over with, I will be reinstated and can continue representing clients in their matters shall they choose.

Sincerely,

/s/ *Kamille Dean*

Kamille Dean, Esq.

BEFORE THE PRESIDING DISCIPLINARY JUDGE

| | |
|---|---|
| IN THE MATTER OF A MEMBER OF THE STATE BAR OF ARIZONA<br><br>**KAMILLE RAE DEAN,**<br>Bar No. 024288<br><br>Respondent. | PDJ 2024-9054<br><br>**FINAL JUDGMENT AND ORDER**<br><br>[State Bar No. 23-2146]<br><br>**FILED JUNE 6, 2024** |

The Presiding Disciplinary Judge having accepted the parties' Agreement for Discipline by Consent submitted pursuant to Rule 57(a), Ariz. R. Sup. Ct.,

**IT IS ORDERED** that **Kamille Rae Dean**, Bar No. 024288, is suspended for 60 days for her conduct in violation of the Arizona Rules of Professional Conduct and Rules of the Supreme Court of Arizona, effective 30 days from the date of this order.

**IT IS FURTHER ORDERED** that, upon reinstatement, Respondent shall be placed on probation for one year with the following terms:

1. CLE: In addition to annual MCLE requirements, Respondent shall complete the following Continuing Legal Education ("CLE") programs within 90 days:

   a. "The Professionalism Course" (4.25 hours); and

   b. "Candor, Courtesy, and Confidences: Common Courtroom Conundrums" (3 hours)

1

Respondent shall provide the State Bar Compliance Monitor with evidence of completion of the programs by providing a copy of (a) her handwritten notes; or (b) typed or electronic notes, accompanied by a declaration, statement or affidavit that complies with Civil Rule 80(c), and which states she personally typed the notes while viewing the CLE programs. Respondent should contact the Compliance Monitor at 602-340-7258 to make arrangements to submit this evidence. Respondent is responsible for the cost of the CLE.

2. Respondent shall commit no further violations of the Rules of Professional Conduct or Rules of the Supreme Court of Arizona.

**IT IS FURTHER ORDERED** that Respondent comply fully with the requirements of Rule 72 Ariz. R. Sup. Ct. Compliance with Rule 72 is a condition precedent to reinstatement.

**IT IS FURTHER ORDERED** that Respondent pay the costs and expenses of the State Bar of Arizona in the amount of $1,200.00 within 30 days. There are no costs or expenses incurred by the Office of the Presiding Disciplinary Judge in these proceedings.

**DATED** this 6th day of June, 2024.

*Margaret H. Downie*
**Margaret H. Downie**
**Presiding Disciplinary Judge**

Copy of the foregoing e-mailed
this 6th day of June, 2024, to:

2

James J. Belanger
jjb@jbelangerlaw.com

Hunter F. Perlmeter
lro@staff.azbar.org

by: SHunt

3

Kamille Dean
Law Offices of Kamille Dean, P.C.
710 W. Roosevelt St.
Phoenix, AZ 85007



c6

Western Dist. of Pennsylvania
U.S. Courthouse
208 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Retail   15901

U.S. POSTAGE PAID
FCM LG ENV
PHOENIX, AZ 85087
JUN 21, 2024

$9.68

RDC 99                        S2324E501803-95

CLEARED X-RAY SCREENING