Kamille R. Dean, #024288
LAW OFFICES OF KAMILLE DEAN, P.L.C.
710 W Roosevelt St.
Phoenix, AZ 85007
Office Phone (602) 252-5601
Cell Phone (602) 516-5909
Facsimile (602) 916-1982
kamille@kamilledean.com
*Respondent herein*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF KAMILLE DEAN, A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. | Misc. No. 24-mc-646<br><br>**RESPONSE TO ORDER TO SHOW CAUSE – AGREEMENT TO RECIPROCAL SUSPENSION** |

Respondent, Kamille Rae Dean, hereby responds to the Order to Show Cause issued June 25, 2024. Respondent respectfully requests this Honorable Court honor a reciprocal suspension of 60 days and have said suspension end upon reinstatement to the Arizona State Bar.

RESPECTFULLY SUBMITTED this 28th day of June 2024.

/s/Kamille Dean
*Respondent*

1

**ORIGINAL** foregoing via electronic mail this 28th day of June 2024:

Mark Hornak
Chief United States District Judge


By: */s/Kamille Dean*
    Kamille Dean